IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 22-cv-00269-CMA-NYW

LISA HOWELL, Administratrix of the Estate of Simon Jacob Howell, and
CHRIS HOWELL,

    Plaintiffs,

v.

HARRY WATKINS,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ADMINISTRATIVELY CLOSING CASE**

---

This matter is before the Court on the April 19, 2022 Recommendation and Order of United States Magistrate Judge (Doc. # 20), wherein Judge Nina Y. Wang granted Defendant's Unopposed Motion for Stay of Proceedings (Doc. # 18) and recommends that this case be administratively closed, subject to reopening for good cause. The Court affirms and adopts the Recommendation for the following reasons.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de

novo or any other standard, when neither party objects to those findings")). The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 20 at 8 n.1.) Neither party has filed any objection, and the time to do so has now expired.

Having reviewed the Recommendation, the relevant portions of the record, and applicable legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- the April 19, 2022 Recommendation of United States Magistrate Judge (Doc. # 20) is AFFIRMED and ADOPTED as an order of this Court;

- the Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case pending the conclusion of Mr. Watkins's parallel criminal proceedings, with leave to reopen for good cause shown; and

- the parties are ORDERED to file a joint status report within seven (7) days of the conclusion of Mr. Watkins's June 6, 2022 criminal trial or any other significant developments in the criminal trial, such as the continuance of the trial.

DATED: May 9, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge